[Belknap, December, 1882.]

## CITIZENS NATIONAL BANK v. DAVIS & a.

ASSUMPSIT, on a note signed by Dearborn (who is defaulted) and by George E. Davis and his wife. Facts found by the court.

*Pike & Parsons,* for the plaintiffs.

*Barnard & Barnard,* for Davis and wife.

DOE, C. J.   As we understand the facts, Mrs. Davis signed the note as surety for her husband, to secure the payment of a debt due to the plaintiffs from him as principal, and the contract is not binding on her.   Laws 1876, c. 32.

*Case discharged.*

SMITH, J., did not sit : the others concurred.